# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARAH DIANE SLICE,** | ) NO. CV 15-1079-FMO (KLS) |
| **Plaintiff,** | ) |
| v. | ) **JUDGMENT** |
| **CITY OF GLENDALE, et al,** | ) |
| **Defendants.** | ) |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   October 15, 2015

                                             _____/s/_____
                                                  FERNANDO M. OLGUIN
                                             UNITED STATES DISTRICT JUDGE

1